SHELTON L. FREEMAN (AZ #009687)
NANCY J. MARCH (AZ #012802)
**DeConcini McDonald Yetwin & Lacy, P.C.**
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail: tfreeman@dmylphx.com
E-mail: nmarch@dmyl.com

Attorneys for Premiere Acquisitions, LLC
and Luxury Lofts, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| PREMIERE ACQUISITIONS, LLC, | Case No. 2:08-bk-06447 |
| and | Case No. 2:08-bk-06454 |
| LUXURY LOFTS, LLC, | **DECLARATION OF RICHARD ELSEY** |
| Debtors. | |

Richard Elsey hereby declares as follows:

1. I am over 18 years of age, a resident of Maricopa County, and I have personal knowledge of the factual statements contained herein, and to the best of my knowledge, such factual statements are true and correct.

2. I am the sole member of E4 Development & Construction Services, LLC ("E4").

3. E4 has been retained by Premiere Acquisitions, LLC and Luxury Lofts, LLC (collectively, the "Debtor") to manage and oversee the subdivision known as Presidio in the Pines (the "Pines") in Flagstaff, Arizona.

4. I was designated as the responsible party in *In re Premiere Acquisition, LLC* and *In re Luxury Lofts, LLC*, United States Bankruptcy Court, District of Arizona, Case No. 2:08-bk-06447 and Case No. 2:08-bk-06454.

5. Construction of sewer improvements is one element of the requirements of the development plan for the Pines and other neighboring properties.

6. It is important to the Debtor and its estate that the sewer improvements are completed as soon as possible during the relatively short building season in Flagstaff, to avoid possible weather-related delays in construction.

7. It is further important to complete the "Route 66" portion of the work prior to commencement of improvements to Route 66 by the Arizona Department of Transportation by June 30, 2008 and to complete the "NAU" segment of the sewer work before school begins in August.

8. The Debtor has deposited approximately $1.5 million in account # 07-82005353-PKC at Fidelity National Title Insurance Agency of Coconino, Inc. (the "Escrow Account").

9. The Escrow Account was opened pursuant to an easement agreement among a number of parties that include the Debtor; related non-debtor entities Presidio West, LLC, Presidio West 197, LLC and Presidio West 37, LLC; KC Pioneer, LLC ("KC Pioneer") and Westglen MHP, LLC, to provide assurances to a neighboring property owner (KC Pioneer) that certain sewer improvements would be completed to serve the Pines and other neighboring properties.

10. The funds in the Escrow Account and funds previously advanced to the contractor to date will be sufficient to complete the sewer improvements, based upon the estimate attached as Exhibit B to the Motion for Order Authorizing Commencement of Sewer Construction.

11. The Escrow Account does not satisfy the assurance requirements of the City of Flagstaff to permit the Debtor to commence the sewer improvements.

12. In order to provide adequate assurances to the City of Flagstaff, the Debtor must secure the issuance of a letter of credit in favor of the City for the estimated cost to install the sewer.

13. The Debtor proposes to fund a new account with Alliance Bank to secure the issuance of a letter of credit in favor of the City of Flagstaff. The Debtor seeks to fund that account by transferring the funds currently in the Escrow Account.

14. Under the terms of the financial assurance with the City, invoices for work performed on the sewer will be presented by the contractor to the Debtor and the City.

15. Upon approval by the City of the work performed and the amount of the invoices, the invoice amount will be paid from the letter of credit.

16. This process will allow the sewer project to be completed under the oversight of the City for the benefit of all parties related to the Pines and neighboring properties.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief and, if called to testify in this matter, my testimony would be consistent with the above statements.

DATED this 9th day of June, 2008.

_____
Richard Elsey
E4 Development and Construction Services, L.L.C.
Its Authorized Manager