# United States Bankruptcy Court
## District of Arizona

In re     **Premiere Acquisitions, LLC**

Debtor

Case No.   **2:08-bk-06447**

Chapter        **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,410,798.00 | | |
| B - Personal Property | Yes | 3 | 5,000,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 7,476,959.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 7,204,568.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 6,410,798.00 | | |
| Total Liabilities | | | | 14,681,528.23 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Arizona

In re    **Premiere Acquisitions, LLC**      Case No.   **2:08-bk-06447**

Debtor

Chapter      **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __Premiere Acquisitions, LLC__                                   Case No.  __2:08-bk-06447__
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial Component Parcel 7 (Tracts) : Tracts C - L and N - Z, inclusive and Tracts AA, BB & CC, PRESIDIO IN THE PINES, according to the plat of record in Case 9, maps 72 - 72K, inclusive, records of Coconino County, Arizona** | **Fee Simple** | - | 1,410,798.00 | 3,976,959.57 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,410,798.00 | (Total of this page) |
| Total > | 1,410,798.00 | |
|  |  | (Report also on Summary of Schedules) |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Premiere Acquisitions, LLC**                                   Case No.   **2:08-bk-06447**

,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | N/A | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Interest in Letter of Credit/ Bank Account/ Alliance Bank of Arizona 214 E. Birch Ave. Flagstaff, AZ  86001** | - | **3,500,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | N/A | - | 0.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | N/A | - | 0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | N/A | - | 0.00 |
| 6. | Wearing apparel. | | N/A | - | 0.00 |
| 7. | Furs and jewelry. | | N/A | - | 0.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | N/A | - | 0.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | N/A | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | | N/A | - | 0.00 |

Sub-Total >     **3,500,000.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re **Premiere Acquisitions, LLC**                              Case No. __2:08-bk-06447__
_____,
                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | N/A | | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | N/A | | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | N/A | | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | N/A | | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | N/A | | - | 0.00 |
| 16. Accounts receivable. | N/A | | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N/A | | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | N/A | | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | N/A | | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | N/A | | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N/A | | - | 0.00 |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Premiere Acquisitions, LLC**        Case No.   **2:08-bk-06447**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | N/A | | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | N/A | | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | N/A | | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | N/A | | - | 0.00 |
| 26. Boats, motors, and accessories. | N/A | | - | 0.00 |
| 27. Aircraft and accessories. | N/A | | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | N/A | | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | N/A | | - | 0.00 |
| 30. Inventory. | N/A | | - | 0.00 |
| 31. Animals. | N/A | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | N/A | | - | 0.00 |
| 33. Farming equipment and implements. | N/A | | - | 0.00 |
| 34. Farm supplies, chemicals, and feed. | N/A | | - | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | Interest in segregated escrow account for construction of sewer project | | - | 1,500,000.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 1,500,000.00 |
| Total > | 5,000,000.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **Premiere Acquisitions, LLC**                                    Case No.    **2:08-bk-06447**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Letter of Credit/ bank account | | | | | |
| **Alliance Bank of Arizona 214 E. Birch Avenue c/o Robert Gerlak, VP Flagstaff, AZ 86001** | - | | | | | | | | | |
| | | | | | Value $               3,500,000.00 | | | | 3,500,000.00 | 0.00 |
| Account No. | | | | | **Alliance Bank of Arizona 4703 East Camp Lowell Drive Tucson, AZ 85712** | | | | | |
| **Representing: Alliance Bank of Arizona** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Alliance Bank of Arizona c/o Susan Boswell, Quarles & Brady, LLC 1 S. Church Ave. Ste. 1700 Tucson, AZ 85701-1621** | - | | | | | | | | | |
| | | | | | Value $               0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | **Deed of Trust** | | | | | |
| **First National Bank of Arizona c/o Christopher Bayley, Snell & Wilmer One AZ Center, 400 E. Van Buren Phoenix, AZ 85004-2204** | - | | | | | | | | | |
| | | | | | Value $               0.00 | | | | 3,976,959.57 | 3,976,959.57 |

|  | Subtotal (Total of this page) | 7,476,959.57 | 3,976,959.57 |
|---|---|---|---|

  **1**   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Premiere Acquisitions, LLC__ Case No. __2:08-bk-06447__

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | |
| Account No. | | **City of Flagstaff Public Improvements Bond; Bond Number 1000750516; Bond Premium $65,271.00.** | | | | | | | |
| **HCC Surety Group Western Region Headquarters 9841 Airport Blvd., Ninth Floor Los Angeles, CA 90045** | - | | | | | | X | | |
| | | Value $ 0.00 | | | | | | 0.00 | 0.00 |
| Account No. | | **Security intered granted to secure performance fo sewer project** | | | | | | | |
| **KC Pioneer, LLC c/o Tony Cullum, Esq. 14 E. Dale Flagstaff, AZ 86001** | - | | | | | | X | | |
| | | Value $ 1,500,000.00 | | | | | | Unknown | Unknown |
| Account No. | | **Security Interest in Letter of Credit** | | | | | | | |
| **Landmarc Capital & Investment, Co. c/o Karl Freeburg, Greenberg Traurig LLP 2375 E. Camelback Road, Suite 700 Phoenix, AZ 85016** | - | | | | | | X | | |
| | | Value $ 3,500,000.00 | | | | | | Unknown | Unknown |
| Account No. | | **Landmarc Capital & Investment, Co. 4110 North Scottsdale Road, Ste. 330 Scottsdale, AZ 85251** | | | | | | | |
| **Representing: Landmarc Capital & Investment, Co.** | | | | | | | | | |
| | | Value $ | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | Value $ | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 0.00 | 0.00

Total (Report on Summary of Schedules) | 7,476,959.57 | 3,976,959.57

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re    **Premiere Acquisitions, LLC**                                          Case No.    **2:08-bk-06447**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Premiere Acquisitions, LLC**                                     Case No.    **2:08-bk-06447**
_____
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes** | | | | | |
| **Arizona Department of Revenue** 1600 West Monroe Phoenix, AZ 85007-2650 | - | | | | | X | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | taxes | | | | | |
| **Coconino County Treasurer's Office** 110 East Cherry Avenue Flagstaff, AZ 86001 | - | | | | | X | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Taxes** | | | | | |
| **Internal Revenue Service** 201 E. Earll Drive Phoenix, AZ 85012 | - | | | | | X | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Premiere Acquisitions, LLC__     Case No. __2:08-bk-06447__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Services to Presidio in the Pines | | | X | |
| **A & A Cutting Tree Service 3370 E. Asconda Way Flagstaff, AZ 86004** | - | | | | | | | | 80.00 |
| Account No. | | | | | Construction Services provided to Presidio in the Pines Project      Subject to setoff. | | | X | |
| **A. Miner Contracting, Inc. 1071 Commerce Drive, Ste. A Prescott, AZ 86305** | - | | | | | | | | 1,825,042.55 |
| Account No. | | | | | A. Miner Contracting, Inc. c/o Jeffrey Adams, Adams & Mull, PLLC 211 E. Sheldon St., P.O. Box 1031 Prescott, AZ 86302 | | | | |
| Representing: **A. Miner Contracting, Inc.** | | | | | | | | | |
| Account No. | | | | | services provided | | | X | |
| **Applied Industrial Tech., Inc. 1359 E. Butler Avenue Flagstaff, AZ 86001-5920** | - | | | | | | | | Unknown |
| __17__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 1,825,122.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC_____,      Case No. __2:08-bk-06447_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arizona Department of Real Estate**<br>**2910 N. 44th Street**<br>**Phoenix, AZ 85018** | | - | | **No amounts owed listed for informational purposes** | | | | <br><br><br><br>0.00 |
| Account No.<br><br>**Arizona Mountain Builders**<br>**c/o John Lundger**<br>**4333 E. Coburn Drive**<br>**Flagstaff, AZ 86001** | | - | | | | | X | <br><br><br><br>Unknown |
| Account No.<br><br>**Arizona Public Service Company**<br>**P.O. Box 53920, STA 9996**<br>**Attn:  Sylvia A. Sedillo**<br>**Phoenix, AZ 85072** | | - | | | | | X | <br><br><br><br>961,161.88 |
| Account No.<br><br>**Aspen Ridge Construction**<br>**c/o Freddi Paulsrud, Russ Lyon Real Est.**<br>**2076 S. Woodland Village Blvd.**<br>**Flagstaff, AZ 86001** | | - | | | | | X | <br><br><br><br>0.00 |
| Account No.<br><br>**Balance Insurance Agency**<br>**17780 Fitch, Ste. 150**<br>**Irvine, CA 92614** | | - | | Insurance | | | X | <br><br><br><br>Unknown |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

961,161.88

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Premiere Acquisitions, LLC**                                    Case No.  **2:08-bk-06447**
_____                    _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Block-Lite Company, Inc.** **P.O. Box 2728** **Flagstaff, AZ 86003-2728** | - | | | | | X | 30,218.84 |
| Account No. | | | Construction Services | | | | |
| **Border Construction Specialties** **P.O. Box 5836** **Phoenix, AZ 85010-5836** | - | | | | | X | 12,365.86 |
| Account No. | | | | | | | |
| **Brewer, Rodney Y. and Nancee M.** **7050 E. Moreland** **Scottsdale, AZ 85257** | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| **Brown Tank & Steel** **P.O. Box 20781** **Phoenix, AZ 85036** | - | | | | | X | 259,153.82 |
| Account No. | | | | | | | |
| **Campbell, Bob & Barbara** **3700 E. El Paso Drive** **Flagstaff, AZ 86004** | - | | | | | X | Unknown |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              301,738.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Premiere Acquisitions, LLC**                                     Case No. **2:08-bk-06447**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Campbell, Bobby 620 North Apollo Way Flagstaff, AZ 86001 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Campbell, Mike & Shawn 901 N. Skyview Flagstaff, AZ 86004 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Cedar Ridge Investments, LLC c/o David L. Knapper, Esq. 1599 E. Orangewood Ave. Ste. 125 Phoenix, AZ 85020 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Cemex, Inc. File No. 57255 Los Angeles, CA 90074-7222 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| City of Flagstaff 211 W. Aspen Flagstaff, AZ 86001-5359 | | - | | | | | X | 2,809.64 |

Sheet no. **3** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    2,809.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC__                    Case No. __2:08-bk-06447__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CNH Capital America LLC Wisconsin Operations Center P.O. Box 894703 Los Angeles, CA 90189-4703 | - | | | | | X | 15,000.00 |
| Account No. | | | | | | | |
| Compass Bank c/o Scott R. Haller, Esq. 15 S. 20th St., Ste. 1802 Birmingham, AL 35233 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| Cook, Scott and Deanna 8630 N. Highway 180 Flagstaff, AZ 86001 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| Copper State Bolt & Nut Co. 3622 N. 34th Ave. Phoenix, AZ 85017 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| Dahl, Dan 421 N. Humphreys Flagstaff, AZ 86001 | - | | | | | X | Unknown |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         15,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC__ ,  Case No. __2:08-bk-06447__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dana Kepner Company, Inc. Dept. 281 Denver, CO 80271-0281 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Desert Dancers Professional Services 14253 Honeysuckle Drive Fountain Hills, AZ 85268 | - | | | | | | X | |
| | | | | | | | | **6,000.00** |
| Account No. | | | | | | | | |
| Doucette Flagstaff I, LLC c/o Tom Doucette 3044 North Alvernon Way Tucson, AZ 85712 | - | | | | | | X | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| Eagle Testing & Inspection 2780 W. Darleen Drive Flagstaff, AZ 86001 | - | | | | | | X | |
| | | | | | | | | **982.50** |
| Account No. | | | | | | | | |
| Ebenezer Stone Development, Inc. P.O. Box 3357 Flagstaff, AZ 86003 | - | | | | | | X | |
| | | | | | | | | **117,961.49** |

Sheet no. _5_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **124,943.99**

In re __Premiere Acquisitions, LLC__ ,　　　　Case No. __2:08-bk-06447__

　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Construction Services | | | | |
| Engineering & Environmental Consultants 611 N. Leroux St., Ste. 100 Flagstaff, AZ 86001 | - | | | | | | X | Unknown |
| Account No. | | | | Construction Services | | | | |
| First Class Sanitation P.O. Box 1921 Flagstaff, AZ 86002 | - | | | | | | X | 1,206.00 |
| Account No. | | | | Cinders | | | | |
| Flagstaff Cinder Sales, Inc. P.O. Box 2415 Flagstaff, AZ 86003 | - | | | | | | X | 622.50 |
| Account No. | | | | Project Supplies and Services | | | | |
| Flagstaff Landscape Products, Inc. P.O. Box 30326 Flagstaff, AZ 86003 | - | | | | | | X | 18,723.37 |
| Account No. | | | | | | | | |
| General Electric Company Credit Operations 600 S. Royal Lane, Ste. 150 Coppell, TX 75019-3841 | - | | | | | | X | Unknown |

Sheet no. _6_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,551.87

In re __Premiere Acquisitions, LLC_____,    Case No. __2:08-bk-06447_____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Glory Ent, LLC P.O. Box 3627 Flagstaff, AZ 86003 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| HD Supply Plumbing/HVAC, LTD. P.O. Box 79382 City Of Industry, CA 91716-9382 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| HD Supply Waterworks, LTD. P.O. Box 840700 Dallas, TX 75284-0700 | - | | | | | X | Unknown |
| Account No. | | | unknown | | | | |
| Herbert, Dawn 962 Berry Street Elburn, IL 60119 | - | | | | | X | Unknown |
| Account No. | | | Construction Supplies | | | | |
| HOMECO Ace Home Center 1763 E. Butler Avenue P.O. Box 30460 Flagstaff, AZ 86003-0460 | - | | | | | X | Unknown |

Sheet no. _7_ of _17_ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)         0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Premiere Acquisitions, LLC**                                    Case No. __2:08-bk-06447__
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. | | | unknown | | | | | | |
| Howley, John W. 1330 B North Rim Drive Flagstaff, AZ 86001 | - | | | | | | | X | Unknown |
| Account No. | | | | | | | | | |
| Intellicommunities 6263 N. Scottsdale Rd., Ste. 255 Scottsdale, AZ 85250 | - | | | | | | | X | 7,160.00 |
| Account No. | | | Design Services | | | | | | |
| KKE Architects, Inc. 300 First Avenue North Minneapolis, MN 55401 | - | | | | | | | X | 6,114.23 |
| Account No. | | | unknown | | | | | | |
| Kovac, John L. and Sandra L. c/o Tevis Reich, Esq. 6 East Dale Avenue Flagstaff, AZ 86001 | - | | | | | | | X | 0.00 |
| Account No. | | | unknown | | | | | | |
| Krause, Tom E. and Nancy 6490 Rolling Hills Road Flagstaff, AZ 86004 | - | | | | | | | X | Unknown |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,274.23

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC__ ,      Case No. __2:08-bk-06447__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Accounting Services** | | | | |
| L. Sam Pappas, P.C., CPA P.O. Box 400 323 North San Francisco St., Ste. 100 Flagstaff, AZ 86002 | - | | | | | X | 2,932.00 |
| Account No. | | | **Construction Services** | | | | |
| L.P.'s Excavating, Inc. 606 E. Frank Way Williams, AZ 86046 | - | | | | | X | 2,845,207.16 |
| Account No. | | | **Construction Services** | | | | |
| Landmark Engineering & Surveying P.O. Box 1907 Sedona, AZ 86339 | - | | | | | X | 90,862.50 |
| Account No. | | | **Construction Services** | | | | |
| Landscape Connection T.L.C., Inc. 5400 E. Empire Flagstaff, AZ 86004 | - | | | | | X | 27,315.29 |
| Account No. | | | **unknown** | | | | |
| Luxury Lofts, LLC 4650 North Highway 89 Flagstaff Mall D2 Flagstaff, AZ 86004 | - | | | | | | Unknown |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,966,316.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Premiere Acquisitions, LLC**                                    Case No.    **2:08-bk-06447**
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | unknown | | | | |
| Maracia, Patrick & Tommy 8139 E. Sands Drive Scottsdale, AZ 85255 | - | | | | | | | | X | Unknown |
| Account No. | | | | | | Construction Services | | | | |
| Martin & Martin Civil Engineers & Survey 2101 South Jones Blvd., Ste. 120 Las Vegas, NV 89149 | - | | | | | | | | X | 211,366.43 |
| Account No. | | | | | | unknown | | | | |
| Miller, Janet 9875 E. Manley Lane Cornville, AZ 86325 | - | | | | | | | | X | Unknown |
| Account No. | | | | | | Construction Services | | | | |
| Mogollon Engineering & Surveying, Inc. 411 W. Santa Fe Avenue Flagstaff, AZ 86001 | - | | | | | | | | X | 1,492.84 |
| Account No. | | | | | | Construction Services/Supplies | | | | |
| Nicholas Consolidated, Inc. Canyon Pipe & Supply-Flagstaff 3800 E. Huntington Drive Flagstaff, AZ 86004 | - | | | | | | | | X | Unknown |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            212,859.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC_____ ,  Case No. __2:08-bk-06447_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | unknown | | | | |
| O'Hare, Thom 53 Pin Del Drive Flagstaff, AZ 86001 | - | | | | | | | X | Unknown |
| Account No. | | | | | Construction Services | | | | |
| Olson Precast of Arizona 3045 S. 35th Ave. Phoenix, AZ 85009 | - | | | | | | | X | Unknown |
| Account No. | | | | | Water | | | | |
| P.K. Distributing DBA Arrowhead Water P.O. Box 495 Flagstaff, AZ 86002 | - | | | | | | | X | 28.00 |
| Account No. | | | | | unknown | | | | |
| Pettit, Raymond & Carol 1405 Kentucky SE Albuquerque, NM 87108 | - | | | | | | | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Presidio in the Pines HOA c/o William P. Ring, P.C. 114 N. San Francisco, Ste. 200 Flagstaff, AZ 86001 | - | | | | | | | X | 0.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  28.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Premiere Acquisitions, LLC**                                    Case No.  **2:08-bk-06447**
_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| Pugh, George and Peggy 203 W. Grippen Road Camp Verde, AZ 86322-6929 | - | | | | | X | Unknown |
| Account No. | | | Telephone | | | | |
| Qwest P.O. Box 29039 Phoenix, AZ 85038-9039 | - | | | | | X | 525.00 |
| Account No. | | | Construction Services | | | | |
| Red Mountain Machinery 197 E. Warner Road Chandler, AZ 85225 | - | | | | | X | Unknown |
| Account No. | | | unknown | | | | |
| Regan, Trent & Tawna 816 Crab Apple Drive Henderson, NV 89015 | - | | | | | X | Unknown |
| Account No. | | | Construction Services | | | | |
| Ridder Concrete, Inc. 2128 Miramonte Drive Prescott, AZ 86301 | - | | | | | X | Unknown |

Sheet no. **12** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    525.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC__                        Case No. ___2:08-bk-06447___
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Construction Services | | | | |
| Roadsafe Traffic Systems fka NES Traffic 3015 E. Illini Phoenix, AZ 85040 | - | | | | | | | X | 120,604.00 |
| Account No. | | | | | Construction Services | | | | |
| Rockstar Architects 510 N. Humphreys Ave. Ste. 202 Flagstaff, AZ 86001 | - | | | | | | | X | 9,791.09 |
| Account No. | | | | | Construction Services | | | | |
| RTR Paving & Resurfacing, L.L.C. P.O. Box 30536 Flagstaff, AZ 86003 | - | | | | | | | X | 339,664.67 |
| Account No. | | | | | | | | | |
| S & M Construction Co. Inc. 4650 N. Highway 89 Flagstaff, AZ 86004 | - | | | | | | | X | Unknown |
| Account No. | | | | | | | | | |
| S & M Construction Co. Retirement Plan 901 North Skyview Street Flagstaff, AZ 86004 | - | | | | | | | X | Unknown |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

470,059.76

B6F (Official Form 6F) (12/07) - Cont.

In re __Premiere Acquisitions, LLC__      Case No. __2:08-bk-06447__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| Smith, Jim and Donna 1314 North Aztec Flagstaff, AZ 86001 | - | | | | | X | Unknown |
| Account No. | | | unknown | | | | |
| Sterling, Demil | - | | | | | X | Unknown |
| Account No. | | | unknown | | | | |
| Stubstad, Clement and Peggy 14253 Honeysuckle Drive Fountain Hills, AZ 85268 | - | | | | | X | Unknown |
| Account No. | | | Construction Rentals | | | | |
| Sunstate Equipment Co. P.O. Box 52581 Phoenix, AZ 85072-2581 | - | | | | | X | 17,932.11 |
| Account No. | | | unknown | | | | |
| TGC Development, Inc. c/o Tim Campbell 1338 W. Forest Meadows #200 Flagstaff, AZ 86001 | - | | | | | X | 0.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 17,932.11 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Premiere Acquisitions, LLC**                                    Case No.   **2:08-bk-06447**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| TGC Development, Inc. c/o J. Kent MacKinlay, Esq. 1019 S. Stapley Mesa, AZ 85204 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| The Apostolic Lighthouse Inc. c/o Donald Bates 12845 Three Man Trail Flagstaff, AZ 86004 | | - | | | | X | 0.00 |
| Account No. | | | Construction Services | | | | |
| The Construction Group 3425 W. Route 66 Flagstaff, AZ 86001 | | - | | | | X | 56,545.10 |
| Account No. | | | | | | | |
| Tierra Ridge Real Estate Inc. 901 N. Skyview Street Flagstaff, AZ 86004 | | - | | | | X | 100,000.00 |
| Account No. | | | | | | | |
| Tru-Built Construction, Inc. c/o Scott Trubakoff 801 N. Skyview Street Flagstaff, AZ 86004 | | - | | | | X | 0.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **156,545.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Premiere Acquisitions, LLC**__         Case No. __**2:08-bk-06447**__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Construction Services/Materials | | | | |
| United Metro Materials, Inc. d.b.a Rinker Materials P.O. Box 73261 Chicago, IL 60673-3261 | - | | | | | X | Unknown |
| Account No. | | | Construction Rentals | | | | |
| United Rentals Location #907 2248 South Walgreen Street Flagstaff, AZ 86004 | - | | | | | X | 5,178.88 |
| Account No. | | | unknown | | | | |
| Vedo, Paul 9360 Doney Park Lane Flagstaff, AZ 86004 | - | | | | | X | 77,451.16 |
| Account No. | | | | | | | |
| VPoint Accounts Receivable P.O. Box 79064 City Of Industry, CA 91716-9064 | - | | | | | X | 902.50 |
| Account No. | | | unknown | | | | |
| Wensel, Rita 11424 North Bancroft Drive Phoenix, AZ 85029 | - | | | | | X | Unknown |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     83,532.54

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

7/01/08 6:59PM

In re **Premiere Acquisitions, LLC**                          Case No. **2:08-bk-06447**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Construction Services** | | | | |
| **Western Technologies Inc.** <br> **2400 E. Huntington Drive** <br> **Flagstaff, AZ 86004-8934** | - | | | | | X | **525.00** |
| Account No. | | | **Loans** | | | | |
| **William Dennis** <br> **P.O. Box 16194** <br> **Bellemont, AZ 86015** | - | | | | | X | **24,850.00** |
| Account No. | | | **Attorneys Fees** | | | | |
| **William P. Ring, P.C.** <br> **220 W. Birch Avenue** <br> **Flagstaff, AZ 86001** | - | | | | | X | **6,792.25** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. **17** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **32,167.25**

Total
(Report on Summary of Schedules)            **7,204,568.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    **Premiere Acquisitions, LLC**            Case No.    **2:08-bk-06447**
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Capital Infrastructure, LLC**<br>**A North Carolina Limited Liability Co.**<br>**111 Corning Road, Suite 250**<br>**Cary, NC 27518** | **Master Community Infrastructure Community Agreement** |
| **E4 Development & Construction Svcs, LLC** | **Consulting Services** |
| **ICI Services Corporation**<br>**Intellicommunities**<br>**6263 North Scottsdale Road, Ste. 255**<br>**Scottsdale, AZ 85250** | **NetShare Portal Services Agreement and Software License** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __Premiere Acquisitions, LLC__         Case No. __2:08-bk-06447__
                                                  Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Luxury Lofts LLC**<br>**4650 North Highway 89**<br>**Flagstaff Mall D2**<br>**Flagstaff, AZ 86004** | **K C Pioneer LLC**<br>**C/O Tony Cullum, Esq.**<br>**14 East Dale**<br>**Flagstaff, AZ 86001** |
| **Luxury Lofts LLC**<br>**4650 North Highway 89**<br>**Flagstaff Mall D2**<br>**Flagstaff, AZ 86004** | **Landmarc Capital & Investment, Co.**<br>**C/O Karl Freeburg, Greenberg Traurig LLP**<br>**2375 East Camelback Road, Suite 700**<br>**Phoenix, AZ 85016** |
| **Luxury Lofts, LLC**<br>**4650 North Highway 89**<br>**Flagstaff Mall D2**<br>**Flagstaff, AZ 86004** | **First National Bank of Arizona**<br>**C/O Christopher Bayley, Snell & Wilmer**<br>**One Arizona Center, 400 East Van Buren**<br>**Phoenix, AZ 85004-2204** |

__0__
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Arizona

In re    **Premiere Acquisitions, LLC**        Case No.    **2:08-bk-06447**

                                             Debtor(s)         Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Manager of Debtor of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _7/1/08_            Signature   _____

                                                Richard Elsey
                                                Authorized Manager of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.