IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| PREMIER ACQUISITIONS, LLC, ☒ | ) | Case No. 2-08-06447-RTB |
| | ) | (Jointly Administered) |
| _____ Debtor. | ) | |
| In re: | ) | |
| LUXURY LOFTS, LLC, ☒ | ) | Case No. 2-08-06454-RTB |
| _____ Debtor. | ) | |
| This Filing Applies to: | ) | |
| ☒ All Debtors. | ) | |
| ☐ Specified Debtors. | ) | Date: 7/11/08 |
| | ) | Time: 11:00 A.M. |

Debtor Present ( X ) YES ( ) NO     PRESIDING OFFICER: _Jonathan Hess for_ LARRY WATSON

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: SHELTON FREEMAN     X Yes ___ No

_Richard Elsey_ _____ PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? ( X ) YES ( ) NO

APPEARANCES:

| NAME | REPRESENT |
|---|---|
| 1. Jeff Adams | ~~A. Contracting, Inc.~~ |
| 2. | A. Miner Contracting, Inc. |
| 3. Paul Steen | NES Traffic Safety |
| 4. | |
| 5. | |

RELATED CASES: _____

Page 1 of 2

SCHEDULES FILED ( ) YES ( ) NO IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME? ( ) YES ( ) NO IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?
_____
_____

WHEN WILL SCHEDULES BE FILED?_____

( X )  Concluded      (   )  Continued to:
                             Date:_____
                             Time:_____
                             Location:_____
(   )  Dismiss for Failure to Appear and/or for Failure to File Schedules