# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | PREMIERE ACQUISITIONS, LLC | | |
| **Case Number:** | 2:08-BK-06447-RTB | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 10, 2008 09:00 AM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LORRAINE DAVIS | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## *Matter:*

DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL

**R / M #:**   128 / 0

## *Appearances:*

GARLAND BROWN, ATTY MONTEREY CAPITAL
NANCY J MARCH, ATTORNEY FOR PREMIERE ACQUISITIONS, LLC
KEN BRENDL, ATTY CITY OF FLAGSTAFF
JEFF ADAMS, ATTY A-MINOR

## *Proceedings:*

Mr. Garland argues his position in opposition to the use of cash collateral.

The court has read this motion several times and believes there are factual issues regarding the lien on the Alliance account. Ms. March responds and argues in support of the use of cash collateral. The court states the debtor needs to provide some type of information regarding what the intend to use the cash collateral for and notes Mr. Elsey may need to be appointed as an expert.

Mr. Brown replies.

COURT:  IT IS ORDERED taking this matter under advisement.  A continued status/scheduling conference is set for
          1/14/09 @ 10:00 a.m.


cc: Gloria/Jim
     Under Advisement