2



**FILED**

JAN 0 8 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Premiere Acquisitions, LLC, Chapter 11 |
| Case No.: | 2:08-bk-06447-RTB |
| Subject of Hearing: | Debtor's Motion To Approve Use of Cash Collateral |
| Date Matter Taken Under Advisement: | December 10, 2008 |
| Date Ruled Upon: | January 8, 2009 |

Pending before the court is the debtor's motion to approve use of cash collateral. The motion is opposed by Monterey Capital which claims an interest in the cash collateral. The debtor disputes Monterey's claimed interest. The court has again reviewed the documents and, notwithstanding the assertions by the debtor, can not conclude from that review alone that Monterey does not have any interest in the cash collateral.

Copy of the foregoing
mailed this ___8___ day of
January, 2009 to:

John R. Clemency
Garland A. Brown, Jr.
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Jeffrey R. Adams
ADAMS & MULL, PLLC
211 East Sheldon
Prescott, Arizona 86302

Kenneth H. Brendel
MANGUM WALL STOOPS & WARDEN, PLLC
100 North Elden Street
Flagstaff, Arizona 86002-0010

Shelton L. Freeman
Nancy J. March
DeCONCINI McDONALD YETWIN & LACY, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

by _____
　　　Judicial Assistant