# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | PREMIERE ACQUISITIONS, LLC |
| **Case Number:** | 2:08-BK-06447-RTB  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 14, 2009 10:00 AM  7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matters:

1) HEARING ON DISCLOSURE STATEMENT FILED BY DEBTOR
   **R / M #:** 142 / 0

2) CONTINUED STATUS/SCHEDULING HEARING ON DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL
   **R / M #:** 128 / 0

## Appearances:

GARLAND BROWN/JOHN CLEMENCY, ATTY MONTEREY CAPITAL
NANCY J MARCH, ATTORNEY FOR PREMIERE ACQUISITIONS, LLC
KEN BRENDL/STEVE HORTON, ATTY CITY OF FLAGSTAFF
JEFF ADAMS, ATTY A-MINOR
GARY KELTNER, ATTY LP EXCAVATING
DAVID KASH, ATTY ACIC
LORI LEWIS, ATTY FDIC
KENT MacKINLAY, ATTY TGC DEVELOPMENT

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:08-BK-06447-RTB          WEDNESDAY, JANUARY 14, 2009 10:00 AM

## *Proceedings:*

ITEM #1

Ms. March notes there were 5 formal objections and 1 informal objection filed to the disclosure statement. She reviews the current status of the case and requests time to file an amended plan & disclosure statement. She seeks a continuance of this matter.

Mr. MacKinlay reviews his clients position.

Mr. Brown discusses his position with the court.

Mr. Adams objects to the filing of an amended plan.

Ms. Lewis expresses her concerns and discusses the issues with the court.

Ms. March replies.

COURT:  IT IS ORDERED directing the debtor to file an amended plan & disclosure statement no later than 2/17/09. Any objections are to be filed by 2/27/09 and a hearing is set for 3/4/09 @ 9:00 a.m.

ITEM #2

Ms. March addresess the cash collateral issues and is prepared to set up a schedule to present evidence to the court.

Mr. Brown responds and discusses his position with the court.

COURT:  IT IS ORDERED that all testimony of expert witnesses is to be done by written declaration. IT IS FURTHER ORDERED setting a 2 hour oral argument set for 2/18/09 @ 9:00 a.m. The parties are directed to file a prehearing statement no later than 2/11/09.

Mr. MacKinlay seeks a status report regarding the improvements.

Mr. Elsey addresses presents a status report.

Mr. Keltner notes his client has not been paid. Ms. March explains the process for payment approval.

Mr. Kash explains his concerns.