# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|                       |                                                        |              |     |
|----------------------:|--------------------------------------------------------|--------------|-----|
| **Debtor:**           | PREMIERE ACQUISITIONS, LLC                             |              |     |
| **Case Number:**      | 2:08-BK-06447-RTB                                      | **Chapter:** | 11  |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 18, 2009 09:00 AM   7TH FLOOR #703 |              |     |
| **Bankruptcy Judge:** | REDFIELD T. BAUM                                       |              |     |
| **Courtroom Clerk:**  | LORRAINE DAVIS                                         |              |     |
| **Reporter / ECR:**   | JUANITA PIERSON-WILLIAMS                               |              |     |

## *Matter:*

ORAL ARGUMENT IN RE: DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL

**R / M #:**   128 / 0

## *Appearances:*

NANCY J MARCH, ATTORNEY FOR PREMIERE ACQUISITIONS, LLC
JOHN CLEMENCY/GARLAND BROWN, ATTY MONTERREY CAPITAL
KEN BRENDL/STEVE HORTON, ATTY CITY OF FLAGSTAFF
JEFF ADAMS, ATTY A-MINOR CONSTRUCTION

## *Proceedings:*

Ms. March argues her position and discusses the issues with the court.

Mr. Clemency responds and discusses his position with the court.  He submits exhibits 1 through 17.

COURT:  IT IS ORDERED admitting exhibits 1 through 14, 16 & 17.

Ms. March calls Richard Elsey to the stand.  He is sworn & examined.  Mr. Clemency cross examines and Ms. March redirects.  The witness steps down.  Ms. March has no further witnesses.  Mr. Clemency notes his only witness would testify to the amount of the debt which he believes is not in dispute.  Ms. March concurs.

Ms. March presents her closing remarks to the court.  Mr. Clemency presents his closing and discusses the issues with the court.

COURT:  IT IS ORDERED taking this matter under advisement.


cc:  Gloria/Jim
     Under Advisement

Exhibits in separate binder