**SO ORDERED.**

**Dated: July 30, 2009**



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| PREMIERE ACQUISITIONS, LLC, | Case No. 2:08-bk-06447-RTBP |
| and | Case No. 2:08-bk-06454-RTBP |
| | (Jointly Administered) |
| LUXURY LOFTS, LLC, | **ORDER CONVERTING CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE** |
| Debtors. | |

This matter came before the Court pursuant to the *Joint Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "Motion to Convert"), filed by Monterey Capital Company, LLC, FNBN-RESCON 1, LLC, and A. Miner Contracting (collectively, "Movants"). Through the Motion to Convert, Movants sought to have the Court enter an order converting the above-captioned Chapter 11 cases of Premiere Acquisitions, LLC and Luxury Lofts, LLC (collectively, "Debtors") to cases under Chapter 7 of the Bankruptcy Code. The Debtors and some, but not all, of the creditors opposed the conversion of the cases. The Court conducted a hearing on the Motion to Convert on July 16, 2009. Having considered the pleadings and papers filed, and arguments made on behalf of Movants, Debtors, and other parties in interest in this

HX 328,891,844v1 7-29-09

Bankruptcy Case, and for the reason set forth in the *Minute Entry*, dated July 29, 2009 of this Court [Docket No. 235], it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion to Convert is Granted; and
2. These cases shall proceed as cases under Chapter 7 of the Bankruptcy Code.

**SIGNED AND DATED ABOVE**

PHX 328,891,844v1 7-29-09